*DESDUNES* vs. *MILLER.*

East'n District.
Jan. 1824

APPEAL from the court of the parish and city of New Orleans.

DESDENUS
*vs.*
MILLER.

MATHEWS, J. delivered the opinion of the court. This suit is brought to recover the value of a certain female slave, described in the petition, on account of a redhibitory disease with which she is stated to have been afflicted at, and before the time of sale and delivery to the plaintiff. The answer of the defendant denies the right of the plaintiff to procede directly against him, alleging that he is only surety in the warranty expressed in the act of sale, and not principal. It contains also a general denial, and prayer for a jury.

The cause was submitted to a jury in the court below who found a special verdict, on which judgement was rendered for the plaintiff and the defendant appealed.

The appellants counsel having in the course of argument abandoned his first plea of defence; we have only to examine his objection to the judgement of the inferior court, as not being supported by the verdict. The jury find that that the slave in question had the consumption at and before the time of the sale and transfer

*When a jury find that a slave who has subsequently died, had a consumption at & before the time of the sale and transfer thereof, the court below may fairly presume that the disease was incurable.*

*The courts of this state are not limitted to the determination of questions of law:—they may try issues of fact.*

East'nDistrict. to the plaintiff, and that she died of that dis-
*Jan.* 1824.   ease. This finding, the defendant insists, does
DESDUNES    not support the judgement thereon rendered,
*vs.*      because the jury have not found that the dis-
MILLER.    ease was incurable in its nature. But as the
jury do not negative the fact of its incurability,
this, from their finding and other evidence in
the case, may have been fairly intended by the
Judge.

The Judges of our courts, are not limited to
the determination of issues of law alone, as
they are in the courts of England, where the
trial by jury prevail to the greatest extent; ac-
cording to our system of jurisprudence, they
may try issues of fact. They are bound to do
so, if neither of the parties to a suit, pray for a
jury. In rendering a judgement on a special
verdict, they would perhaps be authorized to
extend much from the evidence to supply any
defect in such verdict. In the present case the
kind of disease, and death of the slave as a
consequence thereof, are found; and from these
facts the Judge, a quo, may well have conclud-
ed that the disease was incurable.

It is therefore ordered, adjudged, and de-
creed, that the judgment of the parish court
be affirmed, with costs.

*Moreau Lislet* for the plaintiff, *Hennen* for the defendant.